IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00393-PAB-KLM

TIMOTHY L. BLIXSETH, an individual,

     Plaintiff,

v.

CUSHMAN & WAKEFIELD OF COLORADO, INC., a Colorado corporation,
DEAN PAUWW, an individual and citizen of the State of Colorado,
CUSHMAN & WAKEFIELD, INC., a New York corporation,
CREDIT SUISSE AG, a Swiss corporation,
CREDIT SUISSE GROUP AG, a Swiss corporation,
CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company,
CREDIT SUISSE (USA), INC, a Delaware corporation,
CREDIT SUISSE HOLDINGS (USA) INC., a Delaware corporation,
CREDIT SUISSE CAYMAN ISLAND BRANCH, an entity of unknown type, and
DOES 1-100,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Defendants Credit Suisse AG, Credit Suisse Securities (USA), LLC, Credit Suisse (USA), Inc., Credit Suisse Holdings, (USA) Inc., and Credit Suisse Cayman Island Branch's (collectively, "Credit Suisse") Motion to Stay Discovery** [Docket No. 31; Filed May 25, 2012].  The Credit Suisse Defendants ask the Court to stay discovery pending resolution of the Credit Suisse Defendants' Motion to Dismiss [Docket No. 28; Filed May 15, 2012] and Defendants Cushman & Wakefield of Colorado, Inc., Dean Pauww and Cushman & Wakefield, Inc.'s (collectively "Cushman") Motion to Dismiss [Docket No. 24; Filed May 15, 2012].  The Credit Suisse Defendants represent that the Cushman Defendants join in the requested relief.  [#31] at 2.  The Credit Suisse Defendants further represent that Plaintiff does not oppose a two-month stay of discovery.  *Id.*  Accordingly,

     IT IS HEREBY **ORDERED** that discovery is **STAYED** up to and including **August 18, 2012**, which is two months from the date of the originally-scheduled Scheduling Conference.  *See* [#7].  In the event that the two motions to dismiss remain pending at the

expiration of the stay, the parties may request an extension of the stay at that time.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 18, 2012, is **VACATED** and **RESET** to **September 18, 2012**, at **9:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **September 13, 2012**.  All other provisions of the Order Setting Scheduling/Planning Conference issued February 22, 2012 [#7] remain in effect.

Dated:  June 4, 2012