IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00393-PAB-KLM

TIMOTHY L. BLIXSETH, an individual,

    Plaintiff,

v.

CREDIT SUISSE AG, a Swiss corporation,
CREDIT SUISSE GROUP AG, a Swiss corporation,
CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company,
CREDIT SUISSE (USA), INC, a Delaware corporation,
CREDIT SUISSE HOLDINGS (USA) INC., a Delaware corporation,
CREDIT SUISSE CAYMAN ISLAND BRANCH, an entity of unknown type, and
DOES 1-100,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' <u>Unopposed</u> Motion to Amend Answer** [#107][1] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 15.1(a), which requires, that "[a] party who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added." The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#107] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Defendants' First Amended Answer to Plaintiff's First Amended Complaint and Jury Demand [#107-1] for filing as of the date of this Order.

---

[1] "[#107]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that, on or before **January 16, 2015**, Defendants shall file a notice attaching a version of the First Amended Answer to Plaintiff's First Amended Complaint and Jury Demand that shows the changes made to the Answer to First Amended Complaint and Jury Demand [#74].

Dated: January 5, 2015