IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00393-PAB-KLM

TIMOTHY L. BLIXSETH, an individual,

    Plaintiff,

v.

CREDIT SUISSE AG, a Swiss corporation,
CREDIT SUISSE GROUP AG, a Swiss corporation,
CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company,
CREDIT SUISSE (USA), INC, a Delaware corporation,
CREDIT SUISSE HOLDINGS (USA) INC., a Delaware corporation,
CREDIT SUISSE CAYMAN ISLAND BRANCH, an entity of unknown type, and
DOES 1-100,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Section 9(a) of the Court's Scheduling and Discovery Order [Dkt. #96]** [#130][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#130] is **GRANTED**. The Scheduling and Discovery Order entered on November 13, 2015 [#96] and supplemented on January 13, 2015 [#115], is further modified to extend the following deadline:

•     Deadline for Joinder and Amendment of Pleadings     **May 20, 2015**

    Dated: March 16, 2015

---

[1] "[#130]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.